UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  13 cr 833 (PKC)

          -against-                              ORDER

NAGESWARA MAURI,

                     Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Bail is exonerated. Defendant's counsel should contact the Office of the United States Attorney regarding any documentation of the discharge of a mortgage.

        SO ORDERED.

                                                          P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       May 11, 2022